CLERK'S Cert of Transmittal of t/following:
1997 1 COMPLAINT/Demand for Jury
DEC. 01 Summons Issued

1998

APR.-14 2 NOTICE re Status Conference (April 29, 1998 at 10:00 a.m.)
APR. 29 3 STIPULATION for Extension of Time to Effectuate Service of Complaint (7/31/98)
JUL. 24 4 FIRST Amended Complaint and Demand for Jury Trial
   Summons Issued
JUL. 31 5 EX PARTE Motion Pursuant to Local Rule 7.1.h.30)
 6 PLAINTIFFS' Ex Parte Motion to Enlarge Time to Serve Defendants
 7 DECLARATION of Bruce Berline in Support of Ex Parte Motion to Enlarge Time to
   Serve Defendants
 8 CERTIFICATE Pursuant to local Rule 7.1.h.3(B)
AUG. 3 9 ORDER Granting Pltfs Ex PArte Mo to Enlarge Time to Serve Defendants
AUG. 7 10 RETURN of Service (Summons on Johnson Worldwide Associates
 11 RETURN of Service (Summons on Seaco/Elliott, Inc.)
 12 RETURN of Service (Life Support Systems Hawaii, Inc.)
AUG. 17 13 RETURN of Service (International Bridge Corporation)
14 RETURN of Service (International Bridge and Construction/Marianas Inc.)
AUG. 19 15 ANSWER of Seaco/Elliot, Inc. and Johnson-Worldwide Assoc. to Pltfs 1st Amnd Cmplt
16 CERTIFICATE of Service
SEP. 02 17 STIPULATION and Order
SEP. 18 18 REQUEST to Clerk to Enter Default Against Defendant Life Support Systems Hawaii,
19 DECLARATION of Bruce Berline SEP. 22 20 SUMMONS
21 ENTRY of Default Against Defendant Life Support Systems HAwaii, Inc.
OCT. 09 22 ANSWER of Johnson Worldwide Associates and Seaco/Elliott, Inc. to Cross-Claims Claims of International Bridge and Construction/Marianas, INc. and International Bridge and Construction Corporation.
23 CERT of serv.of Answer, etc.
NOV. 10 24 APPLICATION to appear Pro Hac Vice and Designation of.local counsel.
25 CONSENT to designation of JOHN D. Osborn by Trevor J. Will.
NOV. 12 26 ORDER Granting Application of Trevor J. Will Admission to Practice Pro Hac Vice
27 NOTICE of Service of Discovery Requests
28 CERTIFICATE of Service
29 CERTIFICATE of Service
DEC. 23 30 STIPULATION To Allow Filing Of Plaintiffs' Second Amended Complaint Pursuant To Rule 15(a).
DEC. 23 31 ORDER Re: Stipulation to Allow Filing Of Plaintiffs' Second Amended Complaint Pursuant To Rule 15(a).
DEC. 23 32 SECOND Amended Complaint, DEMAND FOR JURY TRIAL.
DEC. 23 -- Summons Issued To: Life Support Systems Hawaii, Inc.
DEC. 23   Summons Issued To: SMR Technologies,'Inci.
DEC. 23   Summons Issued To: Inflatable Survival Systems, Inc.
DEC. 23   Summons Issued To: Wardle Storeys, PLC
DEC. 23   Summons Issued To: Jurgen Unterberg
DEC. 23   Summons Issued To: Oceaneer Enterprises, Inc.
DEC. 23   Summons Issued To: American Bureau Of Shipping.
DEC. 23   Summons Issued To: Pacific Indemnity Insurance, Co.
DEC. 30 33. RETURN of Service (SMR Technologies)
34 PROOF of Service
1999

```
JAN. 06  35  PROOF of Service
J". 12   36  STIPULATION
         37  ANSWER of SMR Technologies, Inc. to Pltfs Second Amended Cmplt;
             Affirmative Defenses
JAN. 19  38  ANSWER to Second Amended Complaint (International Bridge)
JAN. 21  39  RETURN of Service (Summons on Inflatable Survival Systems, Inc)
JAN. 26  40  RETURN of Service (Summons on Oceaneer Enterprises)
AN.  28  41  RETURN of Service (Jurgen Unterberg)
JAN. 29  42  ANSWER to Inflatable Survival Systems, Inc. to Plaintiffs' Second
             Amended Complt Affirmative Defenses.
FEB. 05  43  ENTRY OF APPEARANCE as co-cnsl for def Pacific Indemnity Ins. Co.
         44  ANSWER and cross-claim of Pacific Indemnity Insurance Company; cert of serv.
         45  ANSWER of Seaco/Elliot, Inc. & Johnson Worldwide Associates to plfs second
             Amended compalint.
FEB. 09  46  CERTIFICATE of serv of Answer of Seaco/Elliot, etc.
FEB. 10  47  RETURN of serv of S/C upon American Bureau of Shipping.
         48  RETURN of serv of S/C upon Pacific Indemnity Insurance co.
FEB. 12  49  ANSWER of Inflatable Survivial Systems, Inc. to Cross Claim of
             Pacific Indemnity Insurance Co.; Affirmative Defenses
         50  ANSWER of SMR Technologies, Inc. to Cross Claim of Pacific Indemnity Ins.
             Co; Affirmative Defenses
FEB. 16' 51  ANSWER to SECOND AMENDED COMPLAINT (Jurgen Unterberg and Oceaneer
             Enterprises, Inc.)
         52  ANSWER of SEACO/ELLIOT, Inc. and Johnson Worldwide Associates to
             Cross-Claim
             of Pacific Indemnity Company
         53  CERTIFICATE of Service
FEB. 18  54  PROOF of Service
         55  PROOF of Service
MAR. 02  56  DECLARATION of Service (upon William Fitzgerald)
         57  DECLARATION ofService (upon Paul Lawlor)
         58  DECLARATION of Service (upon John.0sborn)
         59  DECLARATION of Service (upon Bruce Berline)
         60  DECLARATION of Service (upon Robert J. O'Connor)
APR. 08  61  ANSWER to Second Amended Complaint (Amer. Bureau of Shipping)
APR. 22  62  EX Parte Motion Pursuant to Local Rule 7.1.h.3(B)
         63  PLTF'S Ex PArte Motion to Enlarge Time to Serve Deft Life Support Systems
             Hawaii, Inc. with SEcond Amended Cmplt Pursuant to Rule 6(b)(1)
         64  DECLARATION of Bruce Berline in Support of Ex Parte Motion to Enlarge
             Time to serve Deft Life Support Systems HAwaii, Inc. w/Second Amended Cmplt
APR. 22  65  ORDER granting plfs' ex parte mtn to enlarge time to serve defendants.
MAY 03   66  NOTICE of Motion & Motion for Summary Judgment, HRG: JUNE 3, 1999 at 9:00 a.m.
         67  ME140RANDUM in spprt of mtn for S/J
         68  AFFIDAVIT OF Robert Ayers.
         69  AFFIDAVIT of David E. Genovese
         70  AFFIDAVIT of Oscar J. Mifsud.
MAY 07   71  PROOF of Service
MAY 21   72  NOTICE of Joinder in Opposition to Deft SMR's Summary Judgment
MAY 26   73  OPPOSITION of Deft Pacific Indemnity Insurance Co. to SMR
             Technologies, Inc.
             Motion for Summary Judgment
         74  DEFTS IBC/M and IBC's Opposition to Deft SMR Technolgies, Inc.s Mo for
             Summary Judgment
MAY 28   75  REPLY Brief in Support of Mo for Summary Jdgmnt and Motion to Strike
         76  DECLARATION of Robert J. O'Connor
JUNE 01  77  PROOF of Service
JUN 03   78  MINUTE ENTRY: Hearing on Motion for Sunmary Judgment. Attys Bruce
             Jorgensen,
```

for Pltf. Atty Jed Horey for SMR Technologies, and Atty Paul Lawlor for
   International Bridge. After oral argument, Ct. stated that the matter would
   be taken under advisement and that a written decision would be forthcoming.
79 NOTICE of Order After Hearing of SMR's motionf or Summary Judgment and
PLTF's Motion to be allowed to Conduct Discovery
80 ORDER re Case Management Conference (June 18, 1999 at 9:00 a.m.)
JUN 11 81 POINTS and Authorities re Venue
82 MEMORANDUM Concerning Propriety of 28 U.S.C. 1391 Venue
JUN 14 83 PLTFS Joinder in Memorandum re Venue
84 ANSWER to CRoss Claim of Pacific Indemnity Insurance Co.
85 ORDER Dismissing w/out Prejudice Defendant Wardle Storeys, PLC
JUN 15
86 DELCARATION of Service
87 PROOF of Service
88 NOTICE re Case Managment (taken off calendar)
JUN. 29 89 ORDER RE: Venue (This and 3 other lawsuits are transferred to the
District Court of Guam with Judge Munson presiding until conclusion)

;    [CBW EOD 07/06/1999]